LAW LIBRARY

NO. 30079

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

HERMAN-LEE KAOPUA, SR.,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 09-1-0007)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Petitioner-Appellant Herman-Lee Kaopua,

Sr.'s application for writ of certiorari, filed on July 29, 2010,

is hereby rejected.

DATED:  Honolulu, Hawai'i,  September 3, 2010.

FOR THE COURT:

*James E. Duffy Jr.*
Associate Justice

Herman-Lee Kaopua, Sr.
petitioner/petitioner-
appellant pro se
on the application

---

[1] Considered by:  Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald, JJ. and Circuit Judge Nishimura, in place of Moon, C.J., recused.